# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MELINDA DAWSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> vs.<br><br>DS Prospecting LLC, a Florida limited liability company,<br><br>   Defendant. | Case No.: 1:18-cv-01246 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Melinda Dawson and Defendant DS Prospecting LLC hereby stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Adam T. Savett (via e-mail authority 10/02/18)
Adam T. Savett (VA73387)
Savett Law Offices LLC
2764 Carole Lane
Allentown, PA 18104
Telephone: (610) 621 – 4550
Facsimile: (610) 978-2970
adam@savettlaw.com
*Attorney for Plaintiff Melinda Dawson*

/s/ Patrick W. Skilliter
Patrick W. Skilliter (0079629)
Mac Murray & Shuster LLP
6530 West Campus Oval, Suite 210
New Albany, OH 43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9954
pskilliter@mslawgroup.com
*Attorney for Defendant DS Prospecting, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed on October 2, 2018 and will be served by the Clerk's CM/ECF System on all counsel of record.

Dated: /s/ Patrick W. Skilliter
Patrick W. Skilliter (0079629)
*Attorney for Defendant DS Prospecting, LLC*