# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MELINDA DAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DS Prospecting LLC, a Florida limited liability company,<br><br>Defendant. | Case No.: 1:18-cv-01246 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Melinda Dawson and Defendant DS Prospecting LLC hereby stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

| | |
|---|---|
| /s/ Adam T. Savett (via e-mail authority 10/02/18) | /s/ Patrick W. Skilliter |
| Adam T. Savett (VA73387) | Patrick W. Skilliter (0079629) |
| Savett Law Offices LLC | Mac Murray & Shuster LLP |
| 2764 Carole Lane | 6530 West Campus Oval, Suite 210 |
| Allentown, PA 18104 | New Albany, OH 43054 |
| Telephone: (610) 621 – 4550 | Telephone: (614) 939-9955 |
| Facsimile: (610) 978-2970 | Facsimile: (614) 939-9954 |
| adam@savettlaw.com | pskilliter@mslawgroup.com |
| *Attorney for Plaintiff Melinda Dawson* | *Attorney for Defendant DS Prospecting, LLC* |

IT IS SO ORDERED.

s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE